[No. 30522.    *En Banc.*    February 24, 1948.]

THE STATE OF WASHINGTON, *on the Relation of Taxpayers of Pierce County et al., Plaintiff,* v. F. G. REMANN, *as Judge of the Superior Court for Pierce County, Respondent.*[1]

*John J. O'Connell,* for relators.

*Patrick M. Steele, Hardyn B. Soule,* and *John B. Krilich,* for respondent.

PER CURIAM.—This case came to us by way of a review of a declaratory judgment entered by the superior court of Pierce county validating a proposed bond issue created by the board of county commissioners of Pierce county.

Due to the inability of one of the judges of this court to participate in the hearing, the case was argued to eight judges, who, after consultation, divided four to four. In such cases, the judgment of the superior court is not disturbed. See *Serra v. Nat. Bank of Commerce of Seattle,* 27 Wn. (2d) 277, 178 P. (2d) 303, and cases there cited.

Because of the impossibility of a hearing of this case before the full court in the near future, we have decided to remand the cause to the trial court.

The judgment of the superior court will stand affirmed.

The clerk of this court is directed to send down the remittitur in this case forthwith.

[1]Reported in 190 P. (2d) 95.

MILLARD, J. (concurring)—When one of the judges of this court is incapacitated and absent on account of illness and the cause is argued to the remaining eight judges sitting *En Banc,* the judgment of the trial court stands affirmed *if there is no majority either for affirmance or for reversal and immediate disposition of the cause is necessary.* We so held in *Clise v. Carroll,* 163 Wash. 704, 300 Pac. 1047, and *Edwards v. Carroll,* 163 Wash. 704, 300 Pac. 1048, when Judge Fullerton was incapacitated and absent on account of illness.

In the case at bar, bids for bonds will be opened February 27, 1948. I am for affirmance on the merits, also.